UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| JESSE ADAMS AND JENNIFER MCEWEN, <br><br> Plaintiffs, <br><br> v. <br><br> AVAST SOFTWARE, INC., a corporation, <br><br> Defendant. | Civil Action No. 2:22-cv-00012 RSM <br><br> **STIPULATED MOTION FOR AN ORDER EXTENDING TIME FOR DEFENDANT TO MOVE, PLEAD, OR OTHERWISE RESPOND TO COMPLAINT BY 18 DAYS TO JANUARY 31, 2022** <br><br> NOTE ON MOTION CALENDAR: <br> January 10, 2022 (Local Rule 7(d)(1)) |

STIPULATED MOTION TO EXTEND TIME - 1

**White & Case LLP**
555 S. Flower Street, Ste. 2700
Los Angeles, CA 90071-2433
Tel: (213) 620-7700
Fax:  (213) 452-2329

AMERICAS 111537067

Pursuant to Local Civil Rules 7(j) and 10(g), defendant Avast Software, Inc. ("Avast") and plaintiffs Jesse Adams and Jennifer McEwen ("Plaintiffs") hereby submit this stipulated motion to extend Avast's time to move, plead, or otherwise respond to the Complaint by 18 days, to January 31, 2022.

WHEREAS, Avast's original deadline to move, plead, or otherwise respond to Plaintiffs' Complaint was December 30, 2021, or 20 days from service of the Complaint on Avast, under Wash. Sup. Ct. Civ. R. 12(a)(1).

WHEREAS, on December 26, 2021, Plaintiffs agreed to extend Avast's deadline to respond to the Complaint to January 31, 2022.

WHEREAS, absent the parties' agreement, Avast's deadline to move, plead, or otherwise respond to the Complaint would be January 13, 2022, or seven days after Avast filed its notice of removal on January 6, 2022, under Fed. R. Civ. P. 81(c)(2).

WHEREAS, good cause exists to extend Avast's deadline to move, plead, or otherwise respond to the Complaint to January 31, 2022, because the parties are discussing a potential resolution of Plaintiffs' claims. An extension through January 31, 2022, of Avast's deadline to move, plead, or otherwise respond to the Complaint would provide the parties with additional time needed to discuss a resolution and avoid the potentially needless expenditure of party and judicial resources on unnecessary motion practice in response to the Complaint.

WHEREAS, by entering into this stipulation, Avast does not submit to the jurisdiction of this Court and does not waive any right or defense, including the defenses of lack of personal jurisdiction and improper venue.

WHEREAS, this stipulated motion is filed in good faith and not for purposes of delay, and will not alter any dates or schedules previously set by this Court.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiffs and defendant Avast, subject to the Court's approval, that the deadline for Avast to move, plead, or otherwise respond to the Complaint is extended by 18 days to January 31, 2022.

STIPULATED MOTION TO EXTEND TIME - 2

**White & Case LLP**
555 S. Flower Street, Ste. 2700
Los Angeles, CA 90071-2433
Tel: (213) 620-7700
Fax:  (213) 452-2329

AMERICAS 111537067

| | | |
|---|---|---|
| 1 | Dated: January 10 , 2022 | WHITE & CASE LLP |
| 2 | | By:    *s/ Catherine S. Simonsen* |
| 3 | | Catherine S. Simonsen |
| | | Catherine S. Simonsen (WSBA #45552) |
| 4 | | 555 S. Flower Street, Suite 2700 |
| | | Los Angeles, CA 90071-2433 |
| 5 | | Tel: (213) 620-7700 |
| | | Fax: (213) 452-2329 |
| 6 | | Email: catherine.simonsen@whitecase.com |
| 7 | | Attorneys for Defendant |
| | | AVAST SOFTWARE, INC. |

Dated: January 10 , 2022          HKM EMPLOYMENT ATTORNEYS LLP

By:    *s/ Dan Kalish*
Dan Kalish
Dan Kalish (WSBA #35815)
600 Stewart Street, Suite 901
Seattle, WA 98101
Tel: (206) 838-2504
Email: dkalish@hkm.com

Attorneys for Plaintiffs
JESSE ADAMS AND JENNIFER MCEWEN

## ORDER

**IT IS SO ORDERED.**

Dated this 12th day of January, 2022.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO EXTEND TIME - 3

**White & Case LLP**
555 S. Flower Street, Ste. 2700
Los Angeles, CA 90071-2433
Tel: (213) 620-7700
Fax: (213) 452-2329

AMERICAS 111537067