UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| JESSE ADAMS AND JENNIFER MCEWEN,<br><br>Plaintiffs,<br><br>v.<br><br>AVAST SOFTWARE, INC., a corporation,<br><br>Defendant. | Civil Action No. 2:22-cv-00012<br><br>**SECOND STIPULATED MOTION FOR AN ORDER EXTENDING TIME FOR DEFENDANT TO MOVE, PLEAD, OR OTHERWISE RESPOND TO COMPLAINT BY 21 DAYS TO FEBRUARY 21, 2022**<br><br>NOTE ON MOTION CALENDAR:<br>January 28, 2022 (Local Rule 7(d)(1)) |

SECOND STIPULATED MOTION TO EXTEND TIME - 1

**White & Case LLP**
555 S. Flower Street, Ste. 2700
Los Angeles, CA 90071-2433
Tel: (213) 620-7700
Fax: (213) 452-2329

AMERICAS 111941768

1   Pursuant to Local Civil Rules 7(j) and 10(g), defendant Avast Software, Inc. ("Avast")
2   and plaintiffs Jesse Adams and Jennifer McEwen ("Plaintiffs") hereby submit this stipulated
3   motion to extend Avast's time to move, plead, or otherwise respond to the Complaint by 21 days,
4   to February 21, 2022.

5   WHEREAS, the parties previously stipulated to extend Avast's time to move, plead, or
6   otherwise respond to the Complaint in order to discuss a potential resolution.

7   WHEREAS, pursuant to the Court's order dated January 12, 2022, Avast's deadline to
8   move, plead, or otherwise respond to the Complaint was extended to January 31, 2022.

9   WHEREAS, good cause exists to extend Avast's deadline to move, plead, or otherwise
10  respond to the Complaint to February 21, 2022, because the parties have reached a settlement in
11  principle, but need additional time to finalize documentation of the settlement and dismissal of
12  this action, and the extension will allow the parties and the Court to avoid the potentially needless
13  expenditure of resources on unnecessary motion practice in response to the Complaint pending
14  finalization of the settlement.

15  WHEREAS, by entering into this stipulation, Avast does not submit to the jurisdiction of
16  this Court and does not waive any right or defense, including the defenses of lack of personal
17  jurisdiction and improper venue.

18  WHEREAS, this stipulated motion is filed in good faith and not for purposes of delay,
19  and will not alter any dates or schedules previously set by this Court.

20  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among
21  Plaintiffs and defendant Avast, subject to the Court's approval, that the deadline for Avast to
22  move, plead, or otherwise respond to the Complaint is extended by 21 days to February 21, 2022.

23  Dated:  January 28, 2022                              WHITE & CASE LLP

24                                                        By:     *s/ Catherine S. Simonsen*
                                                                  Catherine S. Simonsen
25                                                        Catherine S. Simonsen (WSBA #45552)
                                                          555 S. Flower Street, Suite 2700
26                                                        Los Angeles, CA 90071-2433

SECOND STIPULATED MOTION TO EXTEND TIME - 2      **White & Case LLP**
                                                 555 S. Flower Street, Ste. 2700
                                                 Los Angeles, CA 90071-2433
                                                 Tel: (213) 620-7700
                                                 Fax:  (213) 452-2329

AMERICAS 111941768

|   |   |
|---|---|
| | Tel: (213) 620-7700 |
| | Fax: (213) 452-2329 |
| | Email: catherine.simonsen@whitecase.com |
| | |
| | Attorneys for Defendant |
| | AVAST SOFTWARE, INC. |

Dated: January 28, 2022                HKM EMPLOYMENT ATTORNEYS LLP

By: ___*s/ Dan Kalish*___
      Dan Kalish
Dan Kalish (WSBA #35815)
600 Stewart Street, Suite 901
Seattle, WA 98101
Tel: (206) 838-2504
Email: dkalish@hkm.com

Attorneys for Plaintiffs
JESSE ADAMS AND JENNIFER MCEWEN

## **ORDER**

**IT IS SO ORDERED.**

DATED this 28th day of January, 2022.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

SECOND STIPULATED MOTION TO EXTEND TIME - 3    **White & Case LLP**
555 S. Flower Street, Ste. 2700
Los Angeles, CA 90071-2433
Tel: (213) 620-7700
Fax: (213) 452-2329

AMERICAS 111941768